## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CENTRINEX, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case Number 12-2300-SAC/KGS |
| ) | |
| **DARKSTAR GROUP, LTD, ET AL.,** ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF CENTRINEX, LLC'S
### MOTION FOR ENTRY OF JUDGMENT

**COMES NOW** Plaintiff Centrinex, LLC ("Centrinex"), by and through its attorneys, and hereby respectfully moves this Court for its Order entering judgment against all three defendants, jointly and severally, in the form attached hereto as Exhibit 3 to its Memorandum In Support of this Motion, for the reasons and upon the grounds as set forth in its Memorandum in Support of this Motion filed contemporaneously herewith.

Respectfully submitted,

**MLF, LLC**

By  *s/ Mark D. Murphy*
   **MARK D. MURPHY**, #13129
   mmurphy@mlf-llc.com
   7113 West 135th Street, Suite 312
   Overland Park, Kansas 66223
   (913) 647-8090
   Fax (913) 667-2435

Attorneys for Plaintiff Centrinex, LLC

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the

following:

    Joseph D. Garrity, Esq.                    Charles T. Engel, Esq.
    Garrity-Weiss, PA                          Engel Law, P.A.
    1002 E. Newport Center Dr., Ste 102    800 SW Jackson, Ste. 1000
    Deerfield Beach, Florida  33442        Topeka, Kansas 66612
    jgarrity@gwlawfirm.net                  chuck@engellawpa.com

Attorneys for Defendants Darkstar Group, Ltd., AJAX Group, Ltd and Alexander L. Shogren

                                          */s/ Mark D. Murphy*
                                Attorney for Plaintiff Centrinex, LLC